

# NUMBER 13-21-00411-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF O.O. JR., A CHILD

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva
Order Per Curiam**

This cause is before the Court on appellants C.L. and O.O.'s separate motions for extension to file appellant's brief. C.L. requests a twenty-day extension from the current due date of February 15, 2022. O.O. requests a thirty-day extension.

The Court, having fully examined both motions is of the opinion that the motions should be granted. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id*. at R.

28.4.

It is therefore ordered that the Honorable Sandra Eastwood, counsel for C.L., file the appellate brief with this Court by March 7, 2022, and that the Honorable Diamond De Leon, counsel for O.O., file the appellate brief with this Court by March 15, 2022. No further motions for extension will be granted.

PER CURIAM

Delivered and filed on the
22nd day of February, 2022.